# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO. 3:91cr03069-02/RV

PETER EDWIN STUYVESANT

**REFERRAL AND ORDER**

Referred to Judge Vinson on 12/13/2005

Type of Motion/Pleading MOTION PURSUANT TO FED.R.CIV.P., RULE 60(b)(4)(5), TO VOID JUDGMENT AND TO WITHDRAW THE MANDATE

Filed by: Defendant Stuyvesant   on 8/18/05   Doc. No. 887

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                                  on _____ Doc. No. _____

                                                  on _____ Doc. No. _____

                                             WILLIAM M. McCOOL, CLERK OF COURT

                                             */s/ V. Harmon*
                                             Deputy Clerk

---

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 14th day of December, 2005, that:

(a)    The requested relief is DENIED.

(b)    The *Booker/Blakely* decisions are not retroactive.

                                             */s/ Roger Vinson*
                                             ROGER VINSON
                                             SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

Document No.