**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:91cr03069-02/RV

PETER EDWIN STUYVESANT

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   April 27, 2006

Motion/Pleadings:  MOTION for expedited review of motion pursuant to 28 U.S.C. §3583 modification of sentence

Filed by   Defendant              on 4/17/2006       Doc.#    894

RESPONSES:

                                    on                  Doc.#
                                    on                  Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                  s/Jerry Marbut

LC (1 OR 2)                    Deputy Clerk: Jerry Marbut

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of May, 2006, that:*

*(a) The relief requested is DENIED.*

*(b)* This matter is for administrative review by the Bureau of Prisons.

                                    /s/ *Roger Vinson*
                                    *ROGER VINSON*
                           *Senior United States District Judge*