| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:91-03069-02/RV |
|---|---|---|
| **TRANSFER OF JURISDICTION** | U.S. DISTRICT COURT - N.D. OF N.Y.<br>**FILED**<br>NOV 28 2006<br>AT _____ O'CLOCK _____<br>Lawrence K. Baerman, Clerk - Syracuse | DOCKET NUMBER *(Rec. Court)* **506cr464 (NAM)** |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | | DIVISION |
| Peter Edwin Stuyvesant<br>Northern District of New York<br>267 Backus Road<br>Natural Bridge, NY  13665 | DISTRICT<br>Florida Northern | Pensacola |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/10/06 | TO 08/09/11 |

**OFFENSE**

Count 1: Conspiracy to Possess with Intent to Distribute 1,000 Kilograms or More of Marijuana
Count 2: Attempt to Posses with Intent to Distribute 1,000 Kilograms or More of Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/17/06
*Date*

*Honorable Roger Vinson*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 28, 2006
*Effective Date*

*United States District Judge*
Norman A. Mordue

CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 DEC 14 PM 3:10

**FILED**